## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **LESLIE LOWERY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | **Case No. 14-CV-00073-TCK-TLW** |
| | ) | |
| **MERCK, SHARP & DHOME, a wholly** | ) | **Jury Trial Requested** |
| **Owned subsidiary of MERCK & CO.,** | ) | **Attorney Lien Claimed** |
| **INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### JOINT NOTICE OF DISMISSAL WITH PREJUDICE OF
### DEFENDANT MERCK, SHARP & DHOME

Pursuant to Fed. R. Civ. P. 41(a)(A)(ii), Plaintiff dismisses with prejudice this action against Defendant Merck, Sharp & Dhome by reason of settlement.

Respectfully submitted,

**SNEED LANG PC**

/s/ Richard E. Warzynski
G. Steven Stidham, OBA #8633
Mark A. Waller, OBA #14831
Richard E. Warzynski, OBA #14179
1700 Williams Center Tower I
One West Third Street
Tulsa, Oklahoma 74103-3522
Telephone:    (918) 583-3145
Facsimile:    (918) 588-1314
*Attorneys for Plaintiff*

And

/s/ Joel Steven Allen
Joel Steven Allen, Esq.
Morgan Lewis & Bockius LLP
1717 Main Street, Suite 3200
Dallas, TX  75201

Robert H Alexander, Jr., Esq.
Robert H Alexander Jr., PC
P O BOX 868
Oklahoma City, OK  73102
*Attorneys for Defendant*